UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

It is so ORDERED.

/s/ John R. Adams
U.S. District Judge
12/5/16

| | |
|---|---|
| SAHIRAH ROSS, | ) |
| Plaintiff, | ) Case No.  1:16-cv-02293-JRA |
| v. | ) **STIPULATION OF DISMISSAL** |
| REGIONAL ACCEPTANCE CORPORATION, | ) **WITH PREJUDICE** |
| Defendant. | ) |

Plaintiff, SAHIRAH ROSS, and Defendant, REGIONAL ACCEPTANCE CORPORATION, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved. Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman P.C.
111 West Jackson, Suite 1700
Chicago, IL 60604
Phone: (312) 212-4355
Fax: (866) 633-0228
dlevin@toddflaw.com

By: /s/ Dustin B. Rawlin
Attorney for Defendant
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Phone: (216) 592-5000
Fax: (216) 592-5009
dustin.rawlin@tuckerellis.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff